1  JOHN M. LUEBBERKE, City Attorney
   State Bar No. 164893
2  MARCI A. ARREDONDO, Deputy City Attorney
   State Bar No. 252116
3  425 N. El Dorado Street, Second Floor
   Stockton, California 95202
4  Telephone: (209) 937-8333
   Facsimile: (209) 937-8898
5
   Attorneys for Defendant
6  THE CITY OF STOCKTON

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 ELLEN REED,                    ) CASE NO. 2:11-CV-03269-GEB-GGH
                                  )
11         Plaintiff,             ) **REQUEST FOR VACATION OF**
                                  ) **HEARING DATES DUE TO**
12 Vs.                            ) **BANKRUPTCY STAY; AND ORDER**
                                  ) **THEREON**
13 THE CITY OF STOCKTON; and      )
   DOES 1 through 10, Inclusive,  )
14                                )
         Defendants.              )
15                                )
                                  )
16

17 TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL ON RECORD:

18     Defendant THE CITY OF STOCKTON filed their Notice of Automatic Stay with this

19 Court on July 2, 2012, due to the City's filing of chapter 9 bankruptcy.  Defendant City is hereby

20 requesting that this entire case be stayed and that the following dates be vacated from the

21 calendar until the stay has been lifted:

22     Final Pre-Trial Conference    February 11, 2013    1:30 p.m.

23     Bench Trial                   May 21, 2013         9:00 a.m.

24 Dated: February 4, 2013           JOHN M. LUEBBERKE
                                     CITY ATTORNEY
25
                                     BY      */s/ Marci A. Arredondo*
26                                      MARCI A. ARREDONDO
                                        DEPUTY CITY ATTORNEY
27
                                     Attorneys for Defendant
28                                   THE CITY OF STOCKTON

                                     1

**REQUEST FOR VACATION OF HEARING DATES DUE TO BANKRUPTCY STAY; AND ORDER THEREON**

**ORDER**

  **IT IS SO ORDERED**.

**Date: 2/6/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge