JOHN M. LUEBBERKE, City Attorney
State Bar No. 164893
MARCI A. ARREDONDO, Deputy City Attorney
State Bar No. 252116
425 N. El Dorado Street, Second Floor
Stockton, California 95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendant
THE CITY OF STOCKTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN REED,<br><br>　　　　Plaintiff,<br><br>Vs.<br><br>THE CITY OF STOCKTON; and<br>DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | CASE NO. 2:11-CV-03269-GEB-GGH<br><br>**REQUEST FOR VACATION OF HEARING DATES DUE TO BANKRUPTCY STAY; AND ORDER THEREON** |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL ON RECORD:

　　　　Defendant THE CITY OF STOCKTON filed their Notice of Automatic Stay with this Court on July 2, 2012, due to the City's filing of chapter 9 bankruptcy. Defendant City is hereby requesting that this entire case be stayed and that the following dates be vacated from the calendar until the stay has been lifted:

　　　　Final Pre-Trial Conference　　February 11, 2013　　1:30 p.m.

　　　　Bench Trial　　　　　　　　　May 21, 2013　　　　9:00 a.m.

Dated: February 4, 2013　　　　　　　JOHN M. LUEBBERKE
　　　　　　　　　　　　　　　　　　　CITY ATTORNEY

　　　　　　　　　　　　　　　　　　　BY___*/s/ Marci A. Arredondo*___
　　　　　　　　　　　　　　　　　　　　MARCI A. ARREDONDO
　　　　　　　　　　　　　　　　　　　　DEPUTY CITY ATTORNEY

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　THE CITY OF STOCKTON

## ORDER

    **IT IS SO ORDERED**.

**Date: 2/6/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge